United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

JAN 25 2000

Michael N. Milby, Clerk

Dewey Burleson
Jesse Burleson

vs.

Round Tree Associates

No. C-00-033

[Jury Requested]

# COMPLAINT

To the Honorable Court:

Dewey and Jesse Burleson file this Complaint against Round Tree Associates.

**Defendant**

1. Round Tree Associates is a debt collector. It may be served by certified mail, return receipt requested at its address: P.O. Box 330, Plymouth, MA 02361

2. Defendant's phone number is 1-800-245-9770. Its fax number is 508-830-1042.

**Jurisdiction**

3. Jurisdiction exists under the Fair Debt Collection Practices Act. 15 U.S.C. §1692k(d).

**Background**

4. Defendant has repeatedly called Plaintiffs about a cell phone account for six months.

5. Plaintiffs have literally never had a cell phone in their entire lives.

6. Plaintiffs' son also has the name Jesse Burleson.

7. However, Plaintiffs' son denies that he has an unpaid cell phone account.

8. Defendant has never called Plaintiffs' son to Plaintiffs' knowledge.

9. Plaintiffs have repeatedly told Defendant that they have never had a cell phone.

10. Defendant nevertheless has continued calling them repeatedly for six months.

11. Defendant has also mailed Plaintiffs dunning letters for six months.

12. Plaintiffs have not kept any of the dunning letters.

13. Defendant has at least once promised Plaintiffs not to call them any more.

14. Defendant despite its promise to not call Plaintiffs anymore continued to call them.

15. Plaintiffs particularly Dewey Burleson are very upset by all this.

1

16. Plaintiffs are represented in this lawsuit by their son-in-law.

## 15 U.S.C. §1692d

17. Defendant engaged in conduct the natural consequence of which is to harass or abuse (repeated calls over a long period of time even though repeatedly told debt not owed).

18. Further, Defendant repeatedly or continuously engaged Plaintiffs in telephone conversation with intent to annoy, abuse, or harass. 15 U.S.C. §1692d(5).

19. Defendant has not used profanity or loud voices or extreme rudeness. However, the repeated unwanted and non consensual phone calls have harassed, annoyed, and abused.

20. Plaintiffs are entitled to recover actual damages, statutory penalty up to $1,000, reasonable attorneys', court costs, prejudgment interest, and post-judgment interest.

## Unreasonable Debt Collection

21. Defendant has engaged in the common law tort of unreasonable debt collection.

22. Specifically, Defendant has made repeated phone calls over a long period of time even after being told debt not owed and even after being told and promising not to call again.

23. Defendant's unreasonable debt collection has proximately caused actual damages.

24. Defendant has acted with culpability sufficient for exemplary damages.

25. Plaintiffs should recover actual and exemplary damages from Defendant.

## Conditions Precedent

26. All conditions precedent have been performed or have occurred.

## Conclusion

27. The Court should grant Plaintiffs actual and exemplary damages, a statutory penalty up to $1,000, attorneys' fees, court costs, and prejudgment and post-judgment interest.

**Respectfully Submitted,**

*/s/ David Sibley*

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **PLAINTIFFS**

2

# David A. Sibley
## Attorney At Law

Monday, January 17, 2000

**VIA TELECOPY NO. (508) 830-1042**
Round Tree Associates

Re:  Dewey and Jesse Burleson v. Round Tree Associates, No. _____, United States District Court, Southern District of Texas, Corpus Christi Division.

Dear Ladies and Gentlemen:

### 15 U.S.C. §1692c(a)(2)

I represent Dewey and Jesse Burleson.

### 15 U.S.C. §1692c(c)

They deny owing the debt you seek to collect and refuse to pay.

They wish you to cease further communication with them.

### Settlement Offer

They really did not want to go legal with this matter.

They repeatedly asked you to stop calling them and you simply would not.

They felt they had no choice except to go legal.

I have personally witnessed the anguish that you have caused Dewey Burleson.

The referenced lawsuit has been filed by mail on this day.

You may settle this lawsuit at this time for $1,650.

Respectfully,

*David Sibley*

---