AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/10/00 |
| NAME OF SERVER (PRINT) David Sibley | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified Mail, Return Receipt Requested_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _2/10/00_     _[signature] David Sibley_
Date                              Signature of Server

David A. Sibley
Attorney At Law
P.O. Box 9610
_, TX 78469-9610

---

**SENDER:**
- Complete items 1 and/or 2 for additional services
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Round Tree Assoc.
P.O. Box 330
Plymouth, MA 02361

4a. Article Number
Z 436 969 162

4b. Service Type
☐ Registered     ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise ☐ COD

7. Date of Delivery
FEB 4 2000

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X _[signature]_

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994        102595-98-B-0229     Domestic Return Receipt

United States District Court
Southern District of Texas
FILED
FEB 11 2000
Michael N. Milby, Clerk

3.

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 2/10/00 |
| NAME OF SERVER (PRINT) David Sibley | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail, Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/10/00                    /s/ David Sibley
              Date                       Signature of Server

David A. Sibley
Attorney At Law
P.O. Box 9610
i, TX 78469-9610

---

**SENDER:**
- Complete items 1 and/or 2 for additional services
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Round Tree Assoc.
P.O. Box 330
Plymouth, MA 02361

4a. Article Number
Z 436 969 162

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
FEB 4 2000

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X /s/

PS Form 3811, December 1994    102595-98-B-0229   Domestic Return Receipt

United States District Court
Southern District of Texas
FILED

FEB 11 2000

Michael N. Milby, Clerk

3.