United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
FILED

FEB 1 8 2000

Michael N. Milby, Clerk

Dewey Burleson
Jesse Burleson

vs.                                    No. 00-33
                                       [Jury Requested]

Round Tree Associates

## NOTICE OF SETTLEMENT

## To the Honorable Court:

All parties respectfully give notice of settlement.

All parties request cancellation of the initial pretrial conference scheduled 2/23/00.

An agreed motion to dismiss with prejudice should be promptly filed.

**Respectfully Submitted,**

**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **PLAINTIFFS**

1

# CERTIFICATE OF CONFERENCE

On Friday, February 18, 2000, I conferred with Gary Richards.

Gary Richards agrees to this Notice of Settlement on behalf of Defendant.

_____

David A. Sibley

# CERTIFICATE OF SERVICE

On **Friday, February 18, 2000**, I served this as follows:

**VIA TELECOPY NO. (508) 830-~~9366~~** 1047

Gary Richards

_____

David A. Sibley

2

CVRPDF—www.tavila.com