United States District Court
Southern District of Texas
Corpus Christi Division

Dewey Burleson
Jesse Burleson

vs.

Round Tree Associates

No. 00-33
[Jury Requested]

United States District Court
Southern District of Texas
FILED
FEB 29 2000
MICHAEL N. MILBY CLERK

# AGREED MOTION TO DISMISS WITH PREJUDICE

To the Honorable Court:

All parties respectfully ask the Court to dismiss this case with prejudice as settled.

**Respectfully Submitted,**

_____
**David A. Sibley**
**Attorney At Law**
P.O. Box 9610
Corpus Christi, Texas 78469-9610
(361) 882-2377 — Telephone
(361) 692-0142 — Telecopier
State Bar No. 18337600
Federal I.D. 10053
ATTORNEY-IN-CHARGE FOR **PLAINTIFFS**

1

## CERTIFICATE OF CONFERENCE

Gary Richards agrees to this motion on behalf of Defendant.

*/s/ David Sibley*

David A. Sibley

## CERTIFICATE OF SERVICE

On **February 28, 2000**, I served this as follows:

**VIA TELECOPY NO. (508) 830-9300**
Gary Richards

*/s/ David Sibley*

David A. Sibley

2

United States District Court
Southern District of Texas
Corpus Christi Division

United States District Co...
Southern District of T...
FILED
FEB 29 2000
MICHAEL N. MILBY CLERK

Dewey Burleson
Jesse Burleson

vs.

Round Tree Associates

No. 00-33
[Jury Requested]

# AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS ___ DAY OF _____, 2000

_____
Judge Presiding

3