United States District Court
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
ENTERED

MAR - 6 2000

Michael N. Milby, Clerk of Court

Dewey Burleson
Jesse Burleson

vs.

No. 00-33
[Jury Requested]

Round Tree Associates

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This case is dismissed in whole with prejudice.

SIGNED THIS 3rd DAY OF March, 2000

_____
Judge Presiding

3